UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Robert Gene Bailey, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| William C. Toman, Jr., R. M. Ashley, | ) | No. 5:13-CV-114-BR |
| K. D. Mackey, P. J. Graham, Ron Smith, | ) | |
| Unknown Female Officer, Rob Thompson, | ) | |
| Judge E. Lynn Johnson, C. C. Blake, | ) | |
| Carl L. Britt, Jr., Christopher Brooks, | ) | |
| Joseph Gardner, Dooer, Unknown Male Officer, | ) | |
| Harvey Fleishman, Home Land Rentals, | ) | |
| Pete Pirreco, Home Exteriors, Wayne Etowski, | ) | |
| Showcase Construction Co., Gomez, Lewis, | ) | |
| Dave Gamble, Billy King, Cheyenne King, | ) | |
| Listed Taxpayer, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed pursuant to 28 U.S.C. § 1915(g).

**This judgment filed and entered on March 8, 2013, and served on:**

Robert Gene Bailey (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

March 8, 2013                                   /s/ Julie A. Richards,
                                                         Clerk of Court