UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CV-00114-BR

| | | |
|---|---|---|
| ROBERT GENE BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WILLIAM C. TOMAN JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' various motions filed since the court dismissed this case without prejudice under the "three strikes" provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). (DE ## 28, 32, 34, 35.) Plaintiff appealed the order dismissing the case, and the Fourth Circuit Court of Appeals recently dismissed the appeal for failure to prosecute. (DE # 39.) Plaintiffs' motions are DENIED as moot.

This 9 July 2013.

_____
W. Earl Britt
Senior U.S. District Judge